Case 6:11-cv-01455-RTH   Document 16   Filed 08/06/12   Page 1 of 1 PageID #: 496



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| YOLANDA RAMSEY | CIVIL ACTION NO.: 11-1455 |
| VERSUS | JUDGE HAIK |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HANNA |

## ORDER

Claimant Yolanda Ramsey's appeal of the Social Security Commissioner's findings of non-disability was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation, which was issued on July 12, 2012 [Doc. 15]. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Specifically, the Commissioner's ruling that Ms. Ramsey is not disabled is supported by substantial evidence.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is **AFFIRMED**.

**THUS DONE AND SIGNED** at Lafayette, Louisiana on this ____6th____ day of August, 2012.

HONORABLE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA